# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IGNACIO VERA,

         Plaintiff,

    vs.

STANLEY SAN WU D/B/A PARK
MOTEL; and DOES 1 to 10,

        Defendants.

**Case No.: 2:25-cv-10138-PA (MBKx)**

**ORDER GRANTING DISMISSAL
OF THE ENTIRE ACTION**

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice.

SO ORDERED.

DATED: February 11, 2026     _____
                                           Percy Anderson
                                    United States District Judge

1

[PROPOSED] ORDER